UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA FILED

12 AUG 14 AM 10: 10

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRIAN SANFORD HAMPTON,

    Defendant.

CASE NO. 09cr1336-JAH

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice;

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Indictment:

Count 4s:   21 USC 841(a)(1) and 18 USC 2.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: August 6, 2012

John A. Houston
U.S. District Judge